**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *United States v. Jamie Douglas* | Case No. 25 Cr. 450 (ER) <br><br> **REVISED SCHEDULING ORDER** |

Edgardo Ramos, District Judge:

The following revised schedule is established in the above captioned action:

1. The scheduled sentencing date shall be adjourned to **February 10, 2026 at 3:30 pm**;

2. The deadline for the defense to submit its sentencing submission shall be extended to **January 27, 2026**;

3. The deadline for the Government to submit its response shall be extended to **February 3, 2026**;

4. The deadline for the parties to circulate their objections to the Presentencing Investigation report shall be extended to **January 16, 2026**.

Dated:  December 9, 2025

New York, New York

SO ORDERED:

_____
EDGARDO RAMOS
United States District Judge