UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -                           **ORDER**

JAMIE DOUGLAS,                        25-cr-450 (ER)

              Defendant.
-------------------------------------------------------x

The sentencing hearing presently scheduled for January 26, 2026, is hereby **rescheduled for 2:30 p.m. on February 6** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  New York, New York
       February 4, 2026

                                        _____
                                      Edgardo Ramos, U.S.D.J.