UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

        - against -                  **AMENDED ORDER**

JAMIE DOUGLAS,                  25-cr-450 (ER)

           Defendant.
-----------------------------------------------------x

The sentencing hearing presently scheduled for February 10, 2026, is hereby

**rescheduled for 2:30 p.m. on February 10** in Courtroom 619 at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
        February 4, 2026

                                  Edgardo Ramos, U.S.D.J.